# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00544-CV

### The City of Austin, Appellant

### v.

### Starr Colorado Partners, L.P., Appellee

---

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
NO. D-1-GN-13-000986, HONORABLE PAUL R. DAVIS, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

This is an interlocutory appeal from an order denying a plea to the jurisdiction. The appellant, the City of Austin, has filed an agreed motion to dismiss its appeal pursuant to a settlement of the underlying litigation. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Chief Justices Jones, Justices Pemberton and Field

Dismissed on Appellant's Motion

Filed:   September 18, 2013